UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE NONJUDICIAL CIVIL FORFEITURE
PROCEEDING REGARDING $35,830 IN UNITED
STATES CURRENCY SEIZED ON OR ABOUT
OCTOBER 15, 2018,

       Defendant-in-rem.

ORDER

19 Misc. 167 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

  The Clerk of the Court is directed to close the above-captioned action.

Dated: June 14, 2022
   New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge